B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Pennsylvania

In re  **Commonwealth Renewable Energy, Inc.**          Case No.  **14-22724**
                            Debtor(s)              Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Estate of William E. & Ruth Anderson<br>Corporate One Office Park, Bldg #1<br>4055 Monroeville Blvd.<br>Suite 15146<br>Monroeville, PA 15146 | Estate of William E. & Ruth Anderson<br>Corporate One Office Park, Bldg #1<br>4055 Monroeville Blvd.<br>Monroeville, PA 15146 | 1119 Old Route 119 South<br>Mt. Pleasant, PA 15666 | Disputed | 13,608,010.80<br><br>(1,000,000.00 secured) |
| Steven Savor, Jr.<br>600 Isle of Palms<br>Fort Lauderdale, FL 33301 | Steven Savor, Jr.<br>600 Isle of Palms<br>Fort Lauderdale, FL 33301 | 1119 Old Route 119 South<br>Mt. Pleasant, PA 15666 | Disputed | 10,000,000.00<br><br>(1,000,000.00 secured) |
| Stephen C. Frobouck<br>1090 Fox Chapel Road<br>Pittsburgh, PA 15238 | Stephen C. Frobouck<br>1090 Fox Chapel Road<br>Pittsburgh, PA 15238 | 1119 Old Route 119 South<br>Mt. Pleasant, PA 15666 | Disputed | 10,000,000.00<br><br>(1,000,000.00 secured) |
| Jim Regola, Tax Collector<br>938 St. Clair Way<br>Suite 1<br>Greensburg, PA 15601 | Jim Regola, Tax Collector<br>938 St. Clair Way<br>Suite 1<br>Greensburg, PA 15601 | Hempfield Township (County, Township and School Taxes) | | 486,875.79 |
| Diane L. Figg, Tax Collector<br>314 Porter Avenue<br>Suite A<br>Scottdale, PA 15683 | Diane L. Figg, Tax Collector<br>314 Porter Avenue<br>Suite A<br>Scottdale, PA 15683 | E. Huntington Township (County, Township and SchoolTaxes) | | 14,316.15 |
| | | | | |
| There are fewer than 20 Unsecured Creditors in this case. | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

B4 (Official Form 4) (12/07) - Cont.

In re   **Commonwealth Renewable Energy, Inc.**   Case No.   **14-22724**
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **July 8, 2014**               Signature   **/s/ Stephen C. Frobouck**
                                                 **Stephen C. Frobouck**
                                                 **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.