## BERNSTEIN-BURKLEY, P.C.
*Attorneys at Law*

A BUSINESS APPROACH
TO LEGAL SERVICE

**BANKRUPTCY & RESTRUCTURING**
**AT BERNSTEIN-BURKLEY, P.C.**
**WWW.BERNSTEINLAW.COM**

KIRK B BURKLEY
KBURKLEY@BERNSTEINLAW.COM
T: (412) 456-8108 / F: (412) 456-8289

October 18, 2012

Stanley J. Lehman, Esquire
Karen Y. Bonvalot, Esquire
Sherrard, German & Kelly, P.C.
28th Floor, Two PNC Plaza
620 Liberty Avenue
Pittsburgh, PA 15222

Re: Anderson Energy Investments, L.P. v. Stephen Frobouck & Steve Savor
**Bernstein-Burkley File Number: 892-001**

Dear Mr. Lehman and Ms. Bonvalot:

Please be informed that Mr. Savor and Mr. Frobouck are voluntarily releasing their mortgages on Commonwealth Renewable Energy, Inc.'s real property. The mortgages were placed there on advice of counsel to protect their investment against third parties, similar to the action taken by Mr. Anderson in the recording of his mortgage.

Should you have any questions or concerns please don't hesitate to contact me.

Very truly yours,
BERNSTEIN-BURKLEY, P.C.

*/s/ Kirk B Burkley/*

Kirk B Burkley, Esquire

KBB/rbh

# EXHIBIT C