FILED
9/16/14 10:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| COMMONWEALTH RENEWABLE | ) | Bankruptcy No. 14-22724-GLT |
| ENERGY, INC., | ) | |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |
| | ) | Document No. _____ |
| COMMONWEALTH RENEWABLE | ) | Related to Doc. No. _54_ |
| ENERGY, INC., | ) | |
| | ) | |
| | ) | Hearing Date & Time: 10/30/14 at 10:00am. |
| Movant, | ) | |
| v. | ) | Response Deadline: |
| | ) | |
| NO RESPONDENT. | ) | |

**ORDER OF COURT**

AND NOW, this  16th   day of September, 2014, upon consideration of the *Consent Motion to Continue Hearing on Andersons' Motion for Relief from Stay or, in the Alternative, for Adequate Protection*, it is hereby ORDERED that the hearing on the *Motion for Relief from Stay or, in the Alternative, for Adequate Protection* [Doc. No. 39] is continued to October 30, 2014 at 10:00 a.m. and the hearing currently scheduled for October 16, 2014 at 10:00 a.m. is hereby cancelled.  The hearing will be held in Courtroom "A", 54th Floor, U.S. Steel Tower, 600 Grant St., Pittsburgh, PA.

Movant shall serve a copy of this Order and the Motion on the respondent(s), their counsel, the Trustee, and the U.S. Trustee. Movant shall file a certificate of service.

Dated: 9/16/14

_____
GREGORY L. TADDONIO
U.S. BANKRUPTCY JUDGE

cm: Paul Cordero, Esq.

{C0380288.1 }