FILED
9/16/14 11:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

COMMONWEALTH RENEWABLE ENERGY, INC.,

    Debtor.

COMMONWEALTH RENEWABLE ENERGY, INC.,

    Movant,

v.

NO RESPONDENT.

Bankruptcy No. 14-22724-GLT

Chapter 11

Document No. _____
Related to Doc. No. _55_

Hearing Date & Time: 10/30/14 at 10:00 a.m.

Response Deadline:

## ORDER OF COURT

AND NOW, this _16th_ day of September, 2014, upon consideration of the *Consent Motion to Continue Hearing on Andersons' Motion to Dismiss Chapter 11 Case*, it is hereby ORDERED that the hearing on the *Motion to Dismiss Chapter 11 Case* [Doc. No. 43] is continued to October 30, 2014 at 10:00 a.m. and the hearing currently scheduled for October 16, 2014 at 10:00 a.m. is hereby cancelled. The hearing will be held in Courtroom "A", 54th Floor U.S. Steel Tower, 600 Grant St., Pittsburgh, PA 15219.

Movant shall serve a copy of this Order and the Motion on the respondent(s), their counsel, the Trustee, and the U.S. Trustee. Movant shall file a certificate of service.

By the Court:

Dated: 9/16/14

cm: Paul Cordaro, Esq.

GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

{C0380287.1 }