IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
12/4/14 6:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| IN RE: | : | Case No. 14-22724-GLT |
| | : | |
| COMMONWEALTH RENEWABLE ENERGY, INC. | : | Chapter 13 |
| | : | Related Doc. Nos. 39, 43, and 94 |
| | : | |
| Debtor. | : | |
| | : | |

# ORDER ESTABLISHING DEADLINES AND CONTINUING EVIDENTIARY HEARING

The Court held a hearing on December 4, 2014 to consider the *Motion to Appoint Trustee filed by Creditors Ruth F. Anderson, Kathy L. Anderson, Executor of the Estate of William E. Anderson* [Doc. No. 94] (the "Motion to Appoint Trustee").

*AND NOW*, this **4th** day of ***December 2014***, it is hereby ***ORDERED***, ***ADJUDGED***, and ***DECREED*** that:

(1) The parties shall submit a stipulation regarding mediation within two business days.

(2) The evidentiary hearing scheduled for December 9, 2014 and December 10, 2014 is continued pending receipt of a status report from the parties at the conclusion of mediation.

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

cm:  Debtor
     Debtor's Counsel
     Robert O Lampl, Esq.
     Kirk Burkley, Esq.
     John Joyce, Esq.