# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

COMMONWEALTH RENEWABLE ENERGY, INC.,         Bankruptcy No. 14-22724-GLT

          Debtor.         Chapter 11

RUTH F. ANDERSON and KATHY L. ANDERSON,
as the executor of the ESTATE OF WILLIAM E. ANDERSON,         Doc. No._____

          Movants,         Related to Doc. No.: _____

vs.

COMMONWEALTH RENEWABLE ENERGY, INC.,
STEPHEN FROBOUCK and STEVE SAVOR, JR.,

          Respondents.

## CONSENT ORDER AMONG THE MEDIATOR AND THE PARTIES

AND NOW, this ___ day of _____, 2014, the Court hereby approves this Consent Order among Joel M. Helmrich, being the Mediator selected by the parties (the "Mediator"), Commonwealth Renewable Energy, Inc., (the "Debtor"), Ruth F. Anderson and Kathy L. Anderson, as the executor of the Estate of William E. Anderson (the "Anderson"), and Stephen Frobouck and Steve Sabor, Jr (the "Creditors") (Debtor, the Andersons and the Creditors, collectively the "Parties"):

1. By Order dated December 4, 2014, this Court directed the Parties to Mediation (the "December 4 Order").
2. The Parties have requested the Mediator to serve and the Mediator has agreed to do so, subject to this Court's approval.
3. The December 4 Order is incorporated into this Consent Order.
4. The Mediator intends to charge $400.00 per hour for his services, which fees are to be paid by the Debtor.
5. The Debtor shall pay the Mediator's fees without further Order of Court, unless it has an objection to them, in which event it shall promptly file such objections with the Court.

7362674v3

6. The Mediator may, if he so chooses for educational purposes, select another member of the Bankruptcy Court Mediation Panel to serve as a Co-Mediator, on a pro bono basis, provided the Parties have no objection to the Co-Mediator selected by the Mediator.

7. The Mediator and the Parties have scheduled a Mediation session to be held on December 9, 2014 to be conducted in accordance with the December 4 Order, the Local Rules and this Consent Order (the "Session"). Prior to the Session, the Parties will communicate with the Mediator as reasonably requested and provide whatever pre-Session confidential reports, statements or other data may be requested by the Mediator.

8. The Parties or their representative with authority to bind the Party, and their counsel shall be personally present for the Session.

9. Within five (5) business days after the Session is concluded, the Mediator shall file all Reports required by this Court's Local Rules, to include whether or not a settlement was reached and, if a Co-Mediator participated, his or her identity.

_____
Gregory L. Taddonio
United States Bankruptcy Judge

Consented to by:

/s/ Joel M. Helmrich
Joel M. Helmrich, Esquire
Mediator

/s/ Robert O Lampl
Robert O Lampl, Esquire
Counsel to Ruth F. Anderson and Kathy L. Anderson,
as the executor of the Estate of William E. Anderson

/s/ Douglas A. Campbell
Douglas A. Campbell, Esquire
Counsel for Commonwealth Renewable Energy, Inc.

/s/ Kirk B. Burkley
Kirk B. Burkley, Esquire
Counsel for Stephen C. Frobouck
and Steven Savor, Jr.

7362674v3

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

COMMONWEALTH RENEWABLE ENERGY, INC.,     Bankruptcy No. 14-22724-GLT

                        Debtor.     Chapter 11

RUTH F. ANDERSON and KATHY L. ANDERSON,
as the executor of the ESTATE OF WILLIAM E. ANDERSON,     Doc. No

                        Movants,     Related to Doc. No.: _____

vs.

COMMONWEALTH RENEWABLE ENERGY, INC.,
STEPHEN FROBOUCK and STEVE SAVOR, JR.,

                        Respondents.

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 8th day of December, 2014, I electronically filed the attached Consent Order. In addition, copies of the Consent Order were mailed by First Class Mail of the U.S. Postal Service, postage prepaid to the following:

Robert O. Lampl, Esquire
960 Penn Avenue
Suite 1200
Pittsburgh, PA 15215

Kirk B. Burkley, Esquire
BERNSTEIN-BURKLEY, P.C.
707 Grant Street
Suite 2200, Gulf Tower
Pittsburgh, PA 15219


Dated: December 8, 2014

Douglas A. Campbell, Esquire
Campbell & Levine LLC
1700 Grant Building
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

DINSMORE & SHOHL LLP

/s/ Joel M. Helmrich
Joel M. Helmrich, Esquire
PA ID # 30733
joel.helmrich@dinsmore.com
2800 Oxford Centre
301 Grant Street
Pittsburgh, PA 15219
Telephone:     (412) 281-5000
Facsimile:     (412) 281-5055

7362674v3